# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**YARA B. VEGA and JORGE L. VEGA,**

    **Plaintiffs,**

**v.**                                                           **Case No. 8:12-cv-19-T-30TBM**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Transfer (Dkt. #11). On January 5, 2012, Defendant State Farm Mutual Automobile Insurance Company ("State Farm") removed this case from the 15th Judicial Circuit in Palm Beach County, Florida. The notice of removal indicated that the case should be removed to the "West Palm Beach division of the United States District Court for the Southern District of Florida." (Dkt. #1). However, due to the listing of an incorrect filing division, the case was mistakenly removed to this Court. Indeed, Plaintiff admits the same (Dkt. #10).

Now, Defendant asks this Court to enter an order transferring this case to the Southern District of Florida, West Palm Beach Division. As the Court has the authority to transfer the case, and the case was clearly mistakenly removed to this Court (as Plaintiff admits), this Court concludes that the case should be transferred.

It is therefore **ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Transfer (Dkt. #11) is GRANTED.

2. The Clerk is directed to transfer this case to the West Palm Beach Division of the United States District Court for the Southern District of Florida.

**DONE** and **ORDERED** in Tampa, Florida on February 3, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-19.mtt.frm